IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:13-CR-36-001(CDL) |
| JOHN DAVID PRENZKOP | |

# ORDER

On February 12, 2025, a *Request for Summons and Modification of the Conditions or Term of Supervision* (ECF No. 77) was filed with the Court requesting that the conditions of supervision be modified for the above-named individual. The modifications included:

- You shall comply with the Middle District of Georgia's Technology Access Program (TAP) Level 3 under the guidance and supervision of the U.S. Probation Office.

- You shall not use any form of social media and/or dating websites or dating applications.

On February 13, 2025, a summons (ECF No. 78) was issued, and on March 25, 2025, Prenzkop appeared for a motion hearing before this Court. Upon good and sufficient cause shown to the Court, **IT IS HEREBY ORDERED** that the conditions of supervision be modified as specified in the *Request for Summons and Modification of the Conditions or Term of Supervision* and as stated hereinabove. Prenzkop shall be financially responsible for paying the costs of TAP Level 3.

**SO ORDERED**, this 23rd day of May, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA